UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DANIEL MEJIA, *individually and on behalf of others similarly situated*,

                     Plaintiff,

-v-

BOCA RESTAURANT & STEAK HOUSE CORP., *et al.*,

                     Defendants.

23-CV-6094 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

      The Court has been notified that the parties have reached a settlement in this Fair Labor Standards Act ("FLSA") case, and they have submitted a proposed settlement for the Court's approval. (ECF No. 32.) The proposed settlement involves $7,500 to be allocated to Plaintiff in connection with his FLSA claims, $2,255 of which will be collected in attorney's fees. (*Id.*)

      The Court has reviewed the terms of the proposed settlement and finds that they are fair and reasonable under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 203, 206 (2d Cir. 2015).

      To that end, the proposed settlement at ECF Number 32 is approved, and the case is hereby DISMISSED WITH PREJUDICE. The Court shall retain jurisdiction solely to resolve any disputes arising from the settlement agreement and the settlement of this action.

      The Clerk of Court is directed to close the case.

      SO ORDERED.

Dated: March 12, 2024
       New York, New York

                                              J. PAUL OETKEN
                                              United States District Judge